UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANT INSURANCE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACRISURE OF CALIFORNIA, LLC, <br><br> Defendant. | Case No. 25-cv-06314-LJC <br> *Also filed in Case No. 25-cv-05090-LB* <br><br> **SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Defendant Acrisure of California, LLC removed this case (No. 25-cv-06314-LJC) from state court and filed a Notice of Pendency of Other Action asserting that it is related to Case No. 25-cv-05090-LB (as well as two cases pending in the Western District of Michigan). ECF No. 7. Defendant noted that it "intends to promptly file an Administrative Motion to Consider Whether Cases Should be Related," *id.* at 2 n.2, but it has not yet done so.

This case is hereby REFERRED sua sponte to the Honorable Laurel Beeler under Civil Local Rule 3-12(c) to determine whether it is related to Case No. 25-cv-05090-LB. Any party may file a statement supporting or opposing finding the cases related no later than August 4, 2025. *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

**IT IS SO ORDERED.**

Dated: July 29, 2025

LISA J. CISNEROS
United States Magistrate Judge