| | |
|---|---|
| WINSTON P. HSIAO (SBN #273638)<br>winston.hsiao@skadden.com<br>RYNE C. POSEY (SBN #301981)<br>ryne.posey@skadden.com<br>ERIC J. GREENBERG (SBN #341241)<br>eric.greenberg@skadden.com<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>2000 Avenue of the Stars, Suite 200N<br>Los Angeles, California 90067<br>Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600<br><br>JAMES R. CARROLL (*pro hac vice*)<br>james.carroll@skadden.com<br>CHRISTOPHER G. CLARK (*pro hac vice*)<br>christopher.clark@skadden.com<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>Telephone: (617) 573-4800<br>Facsimile: (617) 573-4822<br><br>*Attorneys for*<br>*Acrisure of California, LLC* | Debra L. Fischer (CA142516)<br>Seth M. Gerber (CA202813)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA  90067<br>T: 310.907.1000<br>F: 310.907.1001<br>debra.fischer@morganlewis.com<br>seth.gerber@morganlewis.com<br><br>*Attorneys for Ryan Bedrosian and Alliant*<br>*Insurance Services, Inc.* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN BEDROSIAN,<br>                   Plaintiff,<br>v.<br>ACRISURE OF CALIFORNIA, LLC,<br>                   Defendant.<br>_____<br>ALLIANT INSURANCE SERVICES, INC.,<br>                   Plaintiff,<br>v.<br>ACRISURE OF CALIFORNIA, LLC,<br>                   Defendant. | CASE NOS.: 3:25-cv-05090-LB<br>                 3:25-cv-06314-LB<br><br>**AMENDED JOINT STIPULATION AND** ~~**PROPOSED**~~ **ORDER ON BRIEFING SCHEDULE FOR OCTOBER 16, 2025 HEARING**<br><br>Courtroom: B – 15th Floor<br>Judge: Hon. Laurel Beeler |

The parties to the above-captioned actions, Ryan Bedrosian ("Bedrosian"), Alliant Insurance Services, Inc. ("Alliant"), and Acrisure of California, LLC ("Acrisure"), through counsel, hereby stipulate and agree as follows, pursuant to L.R. Rules 6-1 and 6-2, regarding a further modified briefing schedule for certain motions pending and forthcoming in both Actions currently scheduled for October 16, 2025:

1. On May 13, 2025, Bedrosian filed his Complaint for declaratory relief and unfair competition in the Superior Court of California, County of San Francisco. On June 16, 2025, Acrisure removed Bedrosian's Complaint to this Court before the Hon. Laurel Beeler (the "Bedrosian Action").

2. On June 23, 2025, Alliant filed its Complaint for unfair competition in the Superior Court of California, County of San Francisco. On July 28, 2025, Acrisure removed Alliant's Complaint to this Court before the Hon. Lisa J. Cisneros (the "Alliant Action").

3. On July 29, 2025, the Court entered an order relating the Alliant Action with the Bedrosian Action. (ECF No. 34.) On July 30, 2025, the Alliant Case was reassigned to the Hon. Laurel Beeler.

4. On August 5, 2025, Alliant and Acrisure each filed their consent to proceed before the Hon. Laurel Beeler in the Alliant Case. (ECF Nos. 25 and 29 in the Alliant Action.)

5. On August 13, 2025, the Court entered the parties' Joint Stipulation and Proposed Order On Briefing Schedule and Request to Continue September 18, 2025 Hearing, setting forth, among other things, the modified briefing schedule for Acrisure's Motion to Transfer Venue (ECF No. 20 in the Alliant Action) and Motion to Dismiss Alliant's Complaint (ECF No. 21 in the Alliant Action). (ECF No. 39 in the Bedrosian Action.)

6. In light of further developments in the matter of *Acrisure of California, LLC v. Ryan Bedrosian* in the United States District Court of the Western District of Michigan, Case No. 1:25-cv-00586-PLM-SJB (the "Michigan Action"), which is currently set for an evidentiary hearing on September 24, 2025 on Acrisure's motion for a preliminary injunction, counsel for Alliant, Bedrosian, and Acrisure further met and conferred in order to better coordinate the parties' respective time and efforts between these actions and the Michigan Action. Accordingly, the parties have agreed to modify the briefing schedule for Acrisure's Motion to Transfer and Motion to Dismiss in the Alliant Action, and stipulate, subject to the Court's approval, as follows:

1

AMENDED JOINT STIPULATION AND PROPOSED ORDER ON BRIEFING SCHEDULE FOR HEARING
CASE NOS. 3:25-CV-05090-LB AND 3:25-CV-06314-LB

(a) Alliant's opposition to Acrisure's Motion to Transfer Venue (ECF No. 20 in the Alliant Action) and Motion to Dismiss Alliant's Complaint (ECF No. 21 in the Alliant Action) shall be due no later than September 18, 2025; and

(b) Acrisure's reply in support of Acrisure's Motion to Transfer Venue (ECF No. 20 in the Alliant Action) and Motion to Dismiss Alliant's Complaint (ECF No. 21 in the Alliant Action) shall be due no later than October 2, 2025.

DATED: August 19, 2025

MORGAN, LEWIS & BOCKIUS LLP

 /s/ *Seth M. Gerber*
Seth M. Gerber

Attorneys for Ryan Bedrosian and Alliant Insurance Services, Inc.

*I, Seth M. Gerber, attest that all other signatories above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.*

DATED: August 19, 2025

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

 /s/ *Winston P. Hsiao*
Winston P. Hsiao

Attorneys for Defendant Acrisure of California, LLC

**IT IS SO ORDERED.**

Entered: August 20, 2025

Hon. Laurel Beeler
United States Magistrate Judge

| | |
|---|---|
| WINSTON P. HSIAO (SBN #273638)<br>winston.hsiao@skadden.com<br>RYNE C. POSEY (SBN #301981)<br>ryne.posey@skadden.com<br>ERIC J. GREENBERG (SBN #341241)<br>eric.greenberg@skadden.com<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>2000 Avenue of the Stars, Suite 200N<br>Los Angeles, California 90067<br>Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600<br><br>JAMES R. CARROLL (*pro hac vice*)<br>james.carroll@skadden.com<br>CHRISTOPHER G. CLARK (*pro hac vice*)<br>christopher.clark@skadden.com<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>Telephone: (617) 573-4800<br>Facsimile: (617) 573-4822<br><br>*Attorneys for*<br>*Acrisure of California, LLC* | Debra L. Fischer (CA142516)<br>Seth M. Gerber (CA202813)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA  90067<br>T: 310.907.1000<br>F: 310.907.1001<br>debra.fischer@morganlewis.com<br>seth.gerber@morganlewis.com<br><br>*Attorneys for Ryan Bedrosian and Alliant*<br>*Insurance Services, Inc.* |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RYAN BEDROSIAN,<br><br>             Plaintiff,<br><br>   v.<br><br>ACRISURE OF CALIFORNIA, LLC,<br><br>             Defendant.<br>_____<br>ALLIANT INSURANCE SERVICES, INC.,<br><br>             Plaintiff,<br><br>   v.<br><br>ACRISURE OF CALIFORNIA, LLC,<br>             Defendant. | CASE NOS.: 3:25-cv-05090-LB<br>                       3:25-cv-06314-LB<br><br>**DECLARATION OF SETH GERBER IN SUPPORT OF AMENDED JOINT STIPULATION AND PROPOSED ORDER FOR OCTOBER 16, 2025 HEARING**<br><br>Courtroom: B – 15th Floor<br>Judge: Hon. Laurel Beeler |

GERBER DECL.                                             CASE NOS. 3:25-CV-05090-LB & 3:25-CV-06314-LB

I, Seth M. Gerber, hereby declare and state as follows:

1. I am a partner of the law firm of Morgan, Lewis & Bockius, LLP, counsel of record in this action for Plaintiff Ryan Bedrosian ("Mr. Bedrosian"). I am a member in good standing of the State Bar of California and am admitted pro hac vice to practice before this Court. I am over the age of 18 and make this declaration from personal knowledge. I submit this declaration pursuant to L.R. 6-2(a).

2. On August 13, 2025, the Court entered the parties' Joint Stipulation and Proposed Order On Briefing Schedule and Request to Continue September 18, 2025 Hearing, setting forth, among other things, the modified briefing schedule for Acrisure's Motion to Transfer Venue (ECF No. 20 in the Alliant Action) and Motion to Dismiss Alliant's Complaint (ECF No. 21 in the Alliant Action). (ECF No. 39 in the Bedrosian Action.)

3. In light of further developments in the matter of *Acrisure of California, LLC v. Ryan Bedrosian* in the United States District Court of the Western District of Michigan, Case No. 1:25-cv-00586-PLM-SJB (the "Michigan Action"), which is currently set for an evidentiary hearing on September 24, 2025 on Acrisure's motion for a preliminary injunction, counsel for Alliant, Bedrosian, and Acrisure, on August 18, 2025, further met and conferred in order to better coordinate the parties' respective time and efforts between these actions and the Michigan Action and agreed to further modify Alliant and Acrisure's briefing schedule for Acrisure's pending Motion to Transfer and Motion to Dismiss Alliant's Complaint in the Alliant Action (ECF Nos. 20 and 21 in the Alliant Action) as follows:

   a. Alliant's opposition to Acrisure's Motion to Transfer Venue (ECF No. 20 in the Alliant Action) and Motion to Dismiss Alliant's Complaint (ECF No. 21 in the Alliant Action) shall be due no later than September 18, 2025;

   b. Acrisure's reply in support of Acrisure's Motion to Transfer Venue (ECF No. 20 in the Alliant Action) and Motion to Dismiss Alliant's Complaint (ECF No. 21 in the Alliant Action) shall be due no later than October 2, 2025.

4. 3. The hearing on Bedrosian's Motion to Remand was originally set for August 7, 2025 and, on the Court's own order, was reset to August 14, 2025 and to be heard the same day as Acrisure's Motion to Transfer and Motion to Dismiss (ECF Nos. 20-22, and 24 in the Bedrosian Action). On July 29, 2025, the Court ordered the Bedrosian Action and the Alliant Action related (ECF No. 34 in the Bedrosian Action). On August 4, 2025, Acrisure filed its Motion to Transfer Venue and Motion to

1

GERBER DECL.                    CASE NOS. 3:25-CV-05090-LB & 3:25-cv-06314-LB

1  Dismiss in the Alliant Action, set for hearing on September 11, 2025. (ECF Nos. 20-21 in the Alliant
2  Action). On August 5, 2025, the Court reset the hearings on Bedrosian's Motion to Remand, Acrisure's
3  Motion to Transfer, and Acrisure's Motion to Dismiss in the Bedrosian Action for August 21, 2025.
4  (ECF No. 35 in the Bedrosian Action) On August 8, 2025, after the parties emailed the court that they
5  planned to file a stipulation to have the hearings in both cases heard together, the Court reset the hearing
6  on all motions described above to September 18, 2025, with briefing schedules to remain the same. (ECF.
7  No. 37 in the Bedrosian Action.) On August 13, 2025, the Court entered the parties' Joint Stipulation
8  and Proposed Order On Briefing Schedule and Request to Continue September 18, 2025 Hearing, setting
9  forth, among other things, the modified briefing schedule for Acrisure's Motion to Transfer Venue (ECF
10  No. 20 in the Alliant Action) and Motion to Dismiss Alliant's Complaint (ECF No. 21 in the Alliant
11  Action). (ECF No. 39 in the Bedrosian Action.) No other previous time modifications have occurred in
12  this case.

    4. The parties' requested time modification would only affect the briefing schedule for
Alliant and Acrisure in connection with Acrisure's pending Motion to Transfer and Motion to Dismiss
Alliant's Complaint in the Alliant Action (ECF Nos. 20 and 21 in the Alliant Action). The parties'
requested time modification would not affect the briefing schedule in the Bedrosian Action (the motions
are already fully briefed).

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

Executed this 19th day of August, 2025 in Los Angeles, California.

By: /s/ *Seth M. Gerber*